# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 2542 Disciplinary Docket No. 3 |
| | : | |
| JASON MICHAEL TABOR | : | Board File No. C1-18-810 |
| | : | |
| | : | (Supreme Court of New Jersey, D-150 |
| | : | September Term 2017) |
| | : | |
| | : | Attorney Registration No. 88859 |
| | : | |
| | : | (Out of State) |

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of January, 2019, having failed to respond to a Notice and Order directing him to provide reasons against the imposition of reciprocal discipline, Jason Michael Tabor is disbarred from the practice of law in the Commonwealth of Pennsylvania. He shall comply with all the provisions of Pa.R.D.E. 217.